# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA17-00186-M-3 |
| ADRIAN ENRIQUE DELREAL DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _Defendant Adrian Enrique Delreal_, IT IS ORDERED that a detention hearing is set for _Wednesday, June 7_, _2017_, at _11:00_ ☒a.m. / ☐p.m. before the Honorable _John D. Early_, in Courtroom _6B_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _June 2, 2017_      _John D. Early_ /s/ John D. Early
U.S. ~~District Judge~~/Magistrate Judge